THE BOARD OF EDUCATION OF THE TOWNSHIP OF RIDGEFIELD, DEFENDANT IN ERROR, v. THE BOARD OF EDUCATION OF THE BOROUGH OF CLIFFSIDE PARK, PLAINTIFF IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *Condict, Black & Drayton.*

For the defendant in error, *Charles J. Roe.*

PER CURIAM.

The judgment under review is affirmed, for the reasons given in the opinion of Chief Justice Magie in the Supreme Court. 34 *Vroom* 371.

*For affirmance*—THE CHIEF JUSTICE, VAN SYCKEL, DIXON, FORT, GARRETSON, HENDRICKSON, PITNEY, BOGERT, ADAMS, VREDENBURGH, VOORHEES, VROOM. 12.

*For reversal*—None.